UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:22-po-00327-KJN |
| Plaintiff, | ) ) | ORDER TO DISMISS AND VACATE STATUS CONFERENCE |
| v. | ) ) | |
| SUSHIL KUMAR, | ) ) | DATE:  March 15, 2023 TIME:  9:00 a.m. |
| Defendant. | ) | JUDGE: Honorable Kendall J. Newman |

It is hereby ordered that the plaintiff United States of America's Motion to Dismiss Case Number 2:22-po-00327-KJN without prejudice is GRANTED.

It is further ordered that the status conference scheduled on March 15, 2023, is vacated.

IT IS SO ORDERED.

Dated:  March 13, 2023

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE